IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:17-cv-552-FDW-DSC

| | |
|---|---|
| WILLIE SINGLETON, | ) |
|       PLAINTIFF, | ) |
| VS. | ) |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) |
|       DEFENDANT. | ) |

## **ORDER**

**THIS MATTER** is before the Court on the Motion for Attorney's Fees filed by Plaintiff's counsel, George C Piemonte, on August 25, 2019. Document #25. The Defendant "neither supports nor opposes counsel's request." Document #27 at 1. Pursuant to 42 U.S.C. § 406(b), whenever the Court renders a judgment favorable to a claimant, it may award attorney fees not to exceed twenty-five per cent of past-due benefits.

In the instant case, the fee agreement between the Plaintiff and counsel provides for a contingency fee of twenty-five per cent of past-due benefits. In these circumstances, the reviewing court does not calculate a lodestar amount. It simply reviews the fee claimed for reasonableness. See Mudd v. Barnhardt, 418 F.3d 424, 427-28 (4th Cir. 2005).

The Court has reviewed the amount requested by counsel and finds it to be reasonable. Accordingly, counsel's Motion is **ALLOWED**. Plaintiff was awarded $106,020.00 in past-due benefits at the administrative level after this Court entered judgment. The Social Security Administration shall release the sum of $8,919.12 to plaintiff's counsel as attorney's fees for services rendered before this Court. Plaintiff's counsel shall refund to the Plaintiff the amount of

$5,700.00 previously awarded and paid to Plaintiff's counsel pursuant to the Equal Access to Justice Act.

**SO ORDERED**.

Signed: September 10, 2019

David S. Cayer
United States Magistrate Judge